**In re: WESTERN STATES WHOLE-SALE NATURAL GAS ANTI-TRUST LITIGATION,**

**Sinclair Oil Corporation,
Plaintiff—Appellant,**

v.

**OneOK Energy Services Company,
L.P., Defendant—Appellee.**

No. 06–15950.

United States Court of Appeals,
Ninth Circuit.

Submitted April 5, 2010.*

Filed April 21, 2010.

Third Floor South, Jones Vargas, Las Vegas, NV, Melvin Goldstein, Matthew A. Corcoran, Esq., Goldstein & Associates, Washington, DC, Richard E. Day, Esq., Williams Porter Day & Neville, Casper, WY, for Plaintiff–Appellant.

Amelia A. Fogelman, Esq., Oliver S. Howard, Esq., Thomas Kirby, Esq., Gable & Gotwals, Tulsa, OK, Thomas F. Reese, Esq., Casper, WY, for Defendant–Appellee.

Before: RYMER, McKEOWN, and PAEZ, Circuit Judges.

MEMORANDUM **

Sinclair Oil Corporation appeals from the district court's judgment dismissing its

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

action as barred by the Filed Rate Doctrine. We have jurisdiction pursuant to 28 U.S.C. § 1291. In light of defendant OneOK Energy Services Company, L.P.'s agreement that this case should be remanded following *E. & J. Gallo Winery v. EnCana Corp.*, 503 F.3d 1027 (9th Cir. 2007), we reverse and remand.

As the parties agreed in an October 22, 2009 filing, they shall bear their own costs on appeal.

**REVERSED and REMANDED.**

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.